UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

WILLIAM EDWARD JONES,

                    Plaintiff,

        v.                                          DECISION AND ORDER
                                                        12-CV–57

C.O. TOMPKINS et al.,

                    Defendants.

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

        The instant matter was referred to Magistrate Judge Hugh B. Scott for

supervision of all pre-trial proceedings.  Defendants have filed motions to dismiss,

to change venue, and to sever.  (Dkt. Nos. 12 and 19)  Plaintiff, who is

incarcerated and proceeding *pro se*, has made a motion to reinstate previously

dismissed defendants as well as a motion for a preliminary injunction.  (Dkt. Nos.

22 and 26)

        On September 18, 2013, Magistrate Judge Scott issued a Report and

Recommendation recommending the following: (1) dismissal of plaintiff's due

process claims against defendants relating to the Tompkins misbehavior report

and associated disciplinary proceedings; (2) dismissal of plaintiff's motion to

reinstate previously dismissed defendants but allowing plaintiff thirty (30) days to

file an amended complaint with respect to his deliberate indifference claims; and

(3) denial of plaintiff's motion for a preliminary injunction on the basis that he

failed to show that his health condition was medically serious.  (Dkt. No. 36)  As a

result of the recommended dismissal of the due process claims related to the
Tompkins discipline report, the Magistrate Judge recommended denying
defendants' motion to sever and change venue as moot.  *Id.*

Plaintiff filed objections to the Report and Recommendation on November
4, 2013.  (Dkt. No. 40) Defendants filed a response on December 5, 2013 (Dkt.
No. 45) and plaintiff filed a reply on December 26, 2013 (Dkt. No. 46).  The Court
deemed the matter submitted.

Pursuant to 28 U.S.C. §636(b)(1), this Court must make a *de novo*
determination of those portions of the Report and Recommendation to which
objections have been made.  Upon *de novo* review, and after reviewing the
parties' submissions, the Court hereby adopts Magistrate Judge Scott's findings
in their entirety.

Accordingly, for the reasons set forth in Magistrate Judge Scott's Report
and Recommendation, defendants' motion to dismiss plaintiff's due process claim
with respect to the Clinton defendants is granted; plaintiff's motion to reinstate
previously dismissed defendants is denied; plaintiff is granted leave to file an
amended complaint consistent with the Magistrate Judge's explanation in the
Report and Recommendation; and plaintiff's motion for a preliminary injunction is
denied.

Plaintiff shall file an amended complaint on or before April 7, 2014.  The
matter is referred back to Magistrate Judge Scott for further proceedings.

2

SO ORDERED.


_____*Richard J. Arcara*_____
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE

Dated:   March 5, 2014